NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition
is not citable as precedent.  It is a public record.

# United States Court of Appeals for the Federal Circuit

05-5023

JOSEPH DUREIKO, as Trustee,

and

SOUTHERN PINE ISLE CORPORATION,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

—————————————————

DECIDED:  January 11, 2006

—————————————————

Before LOURIE, RADER, and LINN, Circuit Judges.

LINN, Circuit Judge.

Joseph Dureiko, and Southern Pine Isle Corporation (collectively "Dureiko") appeal the decision of the United States Court of Federal Claims Case No. 97-CV-44 (Sep. 29, 2004).  The Court of Federal Claims dismissed Dureiko's complaint alleging breach of contract and entered judgment for the United States on the grounds that there was no express or implied contract and Dureiko cannot recover under a quantum meruit theory against the United States.  We affirm for the reasons stated by the Court of Federal Claims.